UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALEKH AKMADOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF NORTHWEST ICE PROCESSING CENTER ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-04553-JHC<br><br>ORDER |

This matter comes before the Court on pro se Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. Dkt. 2. Because of the various filing deficiencies identified at Dkt. 3, the Court STRIKES the motion at Dkt. 2 as premature. Petitioner may refile such a motion, if appropriate, after the procedural deficiencies identified at Dkt. 3 have been corrected. The Court also notes that if and when the filing deficiencies are corrected, the Court will automatically issue its standard scheduling order, thereby mooting most of the requested relief from the motion at Dkt. 2.

The Court DIRECTS the Clerk to strike the motion at Dkt. 2 and to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

Dated this 19th day of November, 2026.

John H. Chun
United States District Judge